UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARSHA ROARK,<br><br>                Plaintiff,<br><br>   v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, L.L.C., a Foreign Liability Corporation; SHANDONG YONGSHENG RUBBER CO., LTD, a Foreign Corporation; BRIDGESTONE RETAIL OPERATIONS, L.L.C., a Foreign Liability Corporation; and ITG VOMA CORP., a Foreign Corporation,<br><br>                Defendant. | NO: 2:20-CV-0053-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 77). The parties stipulate for the dismissal of the above-captioned case with prejudice and that each party shall bear its own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each party shall bear its own attorneys' fees and costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED September 7, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2